UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 4:22-CR-20599

                    Plaintiff,               Hon. Matthew F. Leitman
                                             United States District Court Judge
        v.

D-2 CORY JUSTIN MANN, and
D-8 RACHEL DIANE LOCRICCHIO,

                    Defendants.

---

**Government's Second Supplemental Expert Witness Notice Pursuant to Fed. R. Crim. P. 16(a)(i)(G) for Counts Six through Nine**

---

The United States of America (the "Government") hereby files this second supplemental notice of its intent to offer expert witness testimony and summary exhibits during the trial in this matter for Counts Six through Nine, pursuant to Fed. R. Crim. P. 16(a)(i)(G) and Fed. R. Evid. 1006. The Government understands its prior expert notice (ECF Nos. 475 and 545) were sufficient, pursuant to Fed. R. Crim. P. 16(a)(i)(G). However, in an abundance of caution the Government is providing additional detail in this supplemental pleading, beyond what the Government understands is required by Fed. R. Crim. P. 16 to address some of the questions raised by defense counsel via correspondence dated March 5, 2024.

Thus, the Government submits a revised Disclosure Pursuant to Fed. R. Crim. P. 16(a)(i)(G) Regarding Potential Witness Providing Opinion Testimony. Attachment A.

1

Date: March 5, 2024

Respectfully submitted,

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

/s/ Mark McDonald
Mark McDonald (VA72198)
Christopher O'Donnell (MA64394)
Trial Attorneys
600 Church Street
Flint, Michigan 48502-1280
(202) 305-2672
Mark.S.McDonald@usdoj.gov

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2024, I electronically filed and emailed a copy of the foregoing document with the Clerk of the Court using the ECF system. The ECF system will automatically serve counsel of record.

<u>/s/ Mark McDonald</u>
Mark McDonald
Trial Attorney