Attachment A

Disclosure Pursuant to Fed. R. Crim. P. 16(a)(1)(G) Regarding
<u>Potential Witness Providing Opinion Testimony</u>

It is anticipated that IRS Revenue Agent Kelly Williams ("RA Williams") will testify as a witness in the matter of U.S. v John Angelo, et al., 4:20-CR-20599 (E.D. MI) and provide opinion testimony.

Should RA Williams provide opinion testimony:

- A complete statement of all opinions that the government may elicit from the witness in its case- in-chief, or during its rebuttal to counter testimony is contained within 4:20-CR-20599 ECF No. 545.

- The bases and reasons for all opinions that the government may elicit were provided to Defense Counsel as 4:20-CR-20599 ECF No. 545. On March 5, 2024, IRS RA Williams notes that in addition to relying on her training and experience as an accountant and IRS Revenue Agent, during the jury for trial Counts Six to Nine in this matter, she will also rely on the following additional authority and anticipated witness testimony as a bases and reason for her testimony:

  - *that Gravity Imaging remained a single member LLC from approximately September 2015 to May 2018*:  26 U.S.C. § 162 and 761(a), 26 C.F.R. § 1.701-2, 26 C.F.R. § 301.7701-3 and -3(b), Michigan Compiled Laws §449.6, and the IRS public website page found at www.irs.gov/businesses/small-businesses-self-employed/single-member-limited-liabilitycompanies, as well as anticipated trial testimony from Peter Arvant, Jason Blacha, Sarah Cowie, Kyle Davis, Dania Elzaroui, Christine Iskamlaji, Aaron Jarrett, Brian Kearis, Brian Lennon, Mary Lou Miller, Christina Pauls, Abbas Rustom, Anthony Sereno, Kevin Yenglin, Destiny Yusef.

  - *regarding the amount of Gravity Imaging, LLC income reported by Defendant Cory Mann on his individual income tax returns by the IRS for the 2016, 2017, and 2018 tax years*: 26 U.S.C. § 162 and 761(a), 26 C.F.R. § 1.701-2, 26 C.F.R. § 301.7701-3 and -3(b), Michigan Compiled Laws § 449.6, and the IRS public website page found at www.irs.gov/businesses/small-businesses-self-employed/single-member-limited-liabilitycompanies as well as anticipated trial testimony from Peter Arvant, Jason Blacha, Sarah Cowie, Kyle Davis, Dania Elzaroui, Christine Iskamlaji, Aaron Jarrett, Brian Kearis, Brian Lennon, Mary Lou Miller, Christina Pauls, Abbas Rustom, Anthony Sereno, Kevin Yenglin, Destiny Yusef.

  - *regarding the legitimacy of designating payments made to J&A Consulting, Incorporated ("J&A Consulting") as marketing expenses as claimed by Gravity Imaging on the 2018 Form 1065 received by the IRS*: 26 U.S.C. § 162 and 761(a), 26 C.F.R. § 1.701-2, 26 C.F.R. § 301.7701-3 and -3(b), Michigan Compiled Laws § 449.6, and the IRS public website

page found at www.irs.gov/businesses/small-businesses-self-employed/single-member-limited-liabilitycompanies, as well as anticipated trial testimony from Peter Arvant, Jason Blacha, Sarah Cowie, Kyle Davis, Dania Elzaroui, Christine Iskamlaji, Aaron Jarrett, Brian Kearis, Brian Lennon, Mary Lou Miller, Christina Pauls, Abbas Rustom, Anthony Sereno, Kevin Yenglin, Destiny Yusef.

- o *regarding the amount of income paid to Mann Global, LLC in 2018 that was not reported to the IRS*: 26 U.S.C. § 162 and 761(a), 26 C.F.R. § 1.701-2, 26 C.F.R. § 301.7701-3 and -3(b), Michigan Compiled Laws § 449.6, and the IRS public website page found at www.irs.gov/businesses/small-businesses-self-employed/single-member-limited-liabilitycompanies, as well anticipated trial testimony from Peter Arvant, Jason Blacha, Sarah Cowie, Kyle Davis, Dania Elzaroui, Christine Iskamlaji, Aaron Jarrett, Brian Kearis, Brian Lennon, Mary Lou Miller, Christina Pauls, Abbas Rustom, Anthony Sereno, Kevin Yenglin, Destiny Yusef.

- o *the amount of Gravity Imaging income that should have been reported on a Schedule C attached to Defendant Cory Mann's 2016, 2017 and 2018 tax returns*: 26 U.S.C. § 162 and 761(a), 26 C.F.R. § 1.701-2, 26 C.F.R. § 301.7701-3 and -3(b), Michigan Compiled Laws § 449.6, and the IRS public website page found at www.irs.gov/businesses/small-businesses-self-employed/single-member-limited-liabilitycompanies, as well as anticipated trial testimony from Peter Arvant, Jason Blacha, Sarah Cowie, Kyle Davis, Dania Elzaroui, Christine Iskamlaji, Aaron Jarrett, Brian Kearis, Brian Lennon, Mary Lou Miller, Christina Pauls, Abbas Rustom, Anthony Sereno, Kevin Yenglin, Destiny Yusef.

- o *the amount of taxable income earned by Defendant Mann that was not timely reported to the IRS in 2016, 2017 and 2018*: 26 U.S.C. § 162 and 761(a), 26 C.F.R. § 1.701-2, 26 C.F.R. § 301.7701-3 and -3(b), Michigan Compiled Laws § 449.6, and the IRS public website page found at www.irs.gov/businesses/small-businesses-self-employed/single-member-limited-liabilitycompanies, as well as anticipated trial testimony from Peter Arvant, Jason Blacha, Sarah Cowie, Kyle Davis, Dania Elzaroui, Christine Iskamlaji, Aaron Jarrett, Brian Kearis, Brian Lennon, Mary Lou Miller, Christina Pauls, Abbas Rustom, Anthony Sereno, Kevin Yenglin, Destiny Yusef.

- Regarding the qualifications of RA Williams:

  - o She earned a Master of Business Administration, with Distinction, from the University of Michigan in approximately December 2003. She obtained a B.S. B.A. in Accounting from Bowling Green State University in approximately May 1996.

- o She earned her Certified Public Accountant license (#1101025610) in Michigan on approximately October 6, 1998. She earned her Certified Internal Auditor License (#1023714) on approximately November 1, 1999. She earned her Certified Fraud Examiner License (#94418) in approximately 2004. She earned a certificate in Forensic Accounting from the American Institute of Certified Public Accountants in approximately 2016.

- o From approximately 1996 to July 1999, she worked for the accounting firm Plante & Moran, LLP, in Southfield, MI, leaving as a Senior Auditor. From approximately July 1999 to July 2000, she worked for William Beaumont Hospital in Royal Oak, MI as an Internal Auditor. From approximately July 2000 to September 2003, she worked for Kelly Services, Inc, in Troy, MI as a Senior Internal Auditor. From approximately September 2003 to September 2010, she worked for her self-owned business, Kelly Williams Business Advisory Services, which provided accounting and tax services such as bookkeeping, bank reconciliations, and individual and business tax filings for clients in various industries.

- o She began working for the Internal Revenue Service in approximately September 2010. As a Revenue Agent (RA), she performed audits and examinations of tax returns to verify their accuracy and determine the correct tax due and owing. From approximately September 2010 to August 2015, she worked for the IRS Large Business & International Division. From approximately August 2015 to the present, she has worked for the IRS as a Revenue Agent in the Special Enforcement Program within the Small Business/Self-Employed Division. From approximately June 2021 to the present, she has served as a Fraud Subject Matter Expert.

- o She has not authored any publications within the previous 10 years.

- RA Williams provided opinion testimony once in the previous four years. Her previous testimony as an expert occurred at a hearing on June 1, 2023, in the matter of U.S. v. Collins (2:19-CR-20685).

## Approval of Disclosure

Under penalty of perjury, I declare and affirm that the information provided above is, to the best of my knowledge, true and correct.

Kelly A. Williams
Digitally signed by Kelly A. Williams
Date: 2024.03.05 13:58:53 -05'00'

_____
Kelly Williams

3/5/24
_____
Date